**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| THOMAS LAILE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13-CV-00199 |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, THOMAS LAILE ("Plaintiff"), through his attorneys, HORMOZDI LAW FIRM, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

October 15, 2013	By: /s/ Shireen Hormozdi
	Shireen Hormozdi
	Hormozdi Law Firm, LLC
	1770 Indian Trail Lilburn Road
	Suite 175
	Norcross, GA 30093
	Tel: 678-395-7795
	Fax: 866-929-2434
	E-mail: shireen@hormozdilaw.com
	Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of October 2013, a true and correct copy of the Notice of Voluntary Dismissal was electronically served upon the following, Michael C.Chapman, at mchapman@bedardlawgroup.com via electronic mail.

                                      By:  /s/ Shireen Hormozdi
                                               Shireen Hormozdi